UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>           Plaintiff,<br><br>v.<br><br>JOSE DE LA ROSA et al.,<br><br>           Defendants. | Case No. 2:25-cv-08631-SB-AGR<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed his complaint against Defendants Jose De La Rosa and Mindee, LLC on September 11, 2025. On October 8, 2025, Plaintiff served Defendant Jose De La Rosa, and on October 10, Plaintiff served Defendant Mindee, LLC. *See* Dkt. Nos. 12, 13. Defendants failed to timely respond, and Plaintiff has not sought entry of default against them. Plaintiff is ordered to show cause, in writing, no later than November 10, 2025, why his claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before November 10, 2025, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: November 3, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge